IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS WALKER,

    Plaintiff,                              No. 2:11-cv-2728 GGH P

   vs.

MATTHEW CATE, et. al.,

    Defendants.                        <u>ORDER</u>

                                      /

          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff requested a 30 day extension, but did not specify what the extension concerned. Defendant recently filed a reply to plaintiff's opposition to the motion to dismiss, so that motion is fully briefed and no further briefing is allowed. Defendant also filed a motion for a protective order, as it appears that plaintiff served discovery requests on defendant, but a motion to dismiss is pending. The undersigned has reviewed the motion to dismiss. Because the motion, insofar as it is based upon failure to state a claim, has facial merit, the undersigned will postpone discovery until such time as the motion to dismiss is adjudicated. Therefore, defendants' motion for protective order will be granted and defendant need not respond to discovery requests at this time.

\\\\\

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension (Doc. 17) is denied; and

2. Defendant's motion for a protective order (Doc. 18) is granted and defendant need not respond to discovery requests at this time. The parties are not permitted to conduct discovery until a Scheduling Order is issued.

DATED: June 5, 2012

/s/ Gregory G. Hollows<br>UNITED STATES MAGISTRATE JUDGE

GGH: AB
walk2728.ord

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension (Doc. 17) is denied; and

2. Defendant's motion for a protective order (Doc. 18) is granted and defendant need not respond to discovery requests at this time. The parties are not permitted to conduct discovery until a Scheduling Order is issued.

DATED: June 5, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH: AB
walk2728.ord